MARIE RUSSO, Respondent, v. JENNIE RASO, as Administratrix of the Estate of JOHN RUSSO, Deceased, Appellant, et al., Defendants. (First Action.) — Judgment declaring plaintiff to be the owner of the funds in a bank account under the name of another person, and granting other relief, entered after

trial by the court, without a jury, affirmed, without costs. No opinion. Adel, Lewis and Aldrich, JJ., concur; Close, P. J., and Hagarty, J., dissent and vote to reverse the judgment and to dismiss the complaint on the ground that under the allegations of her complaint plaintiff is not entitled to relief in a court of equity.